UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) M.B.D. Case No. 15mc91257-RGS
SHANE GUNN, )
Defendant )
)

## SECOND ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The parties have been engaged in discussions regarding the possible resolution of this matter (which was initiated by a criminal complaint in United States vs. Shane Gunn, 15-mj-06087-MPK). Their attorneys have reached an agreement in principal which would obviate the need for an indictment and trial. The agreement is in the process of being reduced to writing and is subject to the review and approval of their respective clients and offices. The requested exclusion of time will allow the parties to further discuss and finalize the terms of the anticipated agreement before the government is required to seek an indictment. Such an agreement, in conjunction with a pre-indictment plea, may work to the defendant's benefit and permit the government and the Court to allocate their resources efficiently.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from October 1, 2015 through and including October 30, 2015 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and

5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to November 30, 2015; and (2) the period from October 1, 2015 through and including October 30, 2015 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
UNITED STATES DISTRICT COURT JUDGE

Date: 10-1-15.